**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
WICHITA-HUTCHINSON DIVISION**

| | |
|---|---|
| WAYNE WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 6:17-cv-01088-EFM-TJJ |
| ) | |
| NATIONAL CREDIT ADJUSTERS, LLC, ) | |
| ) | |
| Defendants. ) | |

**CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT, NATIONAL CREDIT ADJUSTERS, LLC**

Before the Court is Plaintiff's Request for the Clerk's Entry of Default against Defendant, NATIONAL CREDIT ADJUSTERS, LLC. Mark D. Molner is an attorney in good standing with the District of Kansas.

Upon consideration, and after due deliberation and sufficient cause appearing therefore, it is **ORDERED** that Plaintiff's Request is **GRANTED** and a Clerk's Entry of Default is entered.

Dated:  June 6, 2017

                                                 s/   Cindy McKee
                                                Deputy Clerk of Court
                                                United States District Court
                                                for the District of Kansas